UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
MARC MENZIONE, Individually and on : Civil Action No. 1:22-cv-05127-JPO
Behalf of All Others Similarly Situated, :
: <u>CLASS ACTION</u>
Plaintiff, :
: ORDER APPOINTING LEAD PLAINTIFF
vs. : AND APPROVING SELECTION OF LEAD
: COUNSEL
YEXT, INC., HOWARD LERMAN, and :
STEVEN CAKEBREAD, :
:
Defendants. :
---------------------------------------------------------------x

Having considered Operating Engineers Construction Industry and Miscellaneous Pension Fund's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel, and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED.

2. Operating Engineers Construction Industry and Miscellaneous Pension Fund is appointed as Lead Plaintiff for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

3. Robbins Geller Rudman & Dowd LLP is appointed as Lead Counsel for the class. Lead counsel shall have the following responsibilities and duties on behalf of lead plaintiff and the putative class:

    (a) the briefing and argument of any and all motions;

    (b) the conduct of any and all discovery proceedings including depositions;

    (c) settlement negotiations;

    (d) the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required;

    (e) the preparation and filing of all pleadings; and

    (f) the supervision of all other matters concerning the prosecution or resolution of the action.

The Motion at Docket No. 24 is hereby GRANTED. The Motions at Docket No. 20 and Docket No. 17 are hereby DENIED.

The Clerk of Court is directed to close the motions at Docket Nos. 17, 20, and 24.

IT IS SO ORDERED.

DATED: September 6, 2022

_____
J. PAUL OETKEN
United States District Judge